UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 18 AM 11:07

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 00-CR-213 |
| KEVIN ROBERTSON | SECTION "T" |

### ORDER

A Rule to Revoke Supervised Release has been filed in the above-captioned matter. Accordingly,

**IT IS ORDERED** that 00-CR-213 be randomly re-allotted to another section of this court..

New Orleans, Louisiana, this 18th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

DEC 18 2006

REALLOTTED TO
SECT. A

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____