MINUTE ENTRY
MOORE, M.J.
DECEMBER 18, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO: 00-213

KEVIN ROBERTSON                              SECTION "A"

## INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT) COUNSEL _____
              X  ASSISTANT U.S. ATTORNEY  GREGORY KENNEDY
              X  PROBATION OFFICER        MARC S. JOHNSON
              __ INTERPRETER _____ SWORN
              (TIME:         .M to         .M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
X / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
X   _December 20, 2006 at 2:00 p.m._
X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
    _December 28, 2006 at 2:00 p.m._
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
    _Moot - defendant serving a federal sentence._
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY

MJSTAR:  :08

__ Fee_____
X  Process____
X  Dktd_____
__ CtRmDep___
__ Doc. No___