UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-213 |
| v. | * | SECTION: "A" |
| KEVIN ROBERTSON | * | |

\* \* \*

**RULE TO REVOKE SUPERVISED RELEASE**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully represents the following:

1.

On November 29, 2000, the Court sentenced the defendant to 46 months custody of the Bureau of Prisons, followed by a term of 4 years supervised release, and $100.00 special assessment.

2.

In addition to the standard conditions of supervised release, the Court imposed the following special conditions on the defendant during said term of supervised release:

Case 2:00-cr-00213-JCZ    Document 17    Filed 12/21/2006    Page 2 of 3

b

(1)     Orientation and life skills; and

(2)     Drug treatment.

3.

The defendant, **KEVIN ROBERTSON**, (hereinafter **ROBERTSON**) has violated the conditions and terms of said supervised release as follows:

(1)     **ROBERTSON** sustained a new federal conviction for being a convicted felon in possession of a firearm. The defendant pled guilty to this charge on August 24, 2006, under the Eastern District of Louisiana, Criminal Dkt. No. 05-094"N". The defendant was sentenced before the Honorable Kurt D. Engelhardt on December 6, 2006.

(2)     **ROBERTSON** was arrested by New Orleans police officers on November 2, 2004, and charged with two counts of battery of a police officer, aggravated assault, resisting an officer, and possession of a firearm by a convicted felon. All the charges are pending in New Orleans Criminal District Court.

(3)     **ROBERTSON** was arrested by New Orleans police officers on June 1, 2004, and charged with domestic violence. It should be noted that this case was dismissed.

**WHEREFORE**, the government prays that the defendant, **ROBERTSON**, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause,

if any he can, why the supervised release granted to him on April 2, 2004, should not be revoked for violation of the terms and conditions of said supervised release.

                                Respectfully submitted,

                                JIM LETTEN
                                UNITED STATES ATTORNEY

                                s/ Gregory M. Kennedy
                                GREGORY M. KENNEDY
                                Assistant United States Attorney
                                Louisiana Bar Roll No. 20896
                                Hale Boggs Federal Building
                                500 Poydras, Room 210
                                New Orleans, Louisiana  70130
                                Telephone:  (504) 680-3102
                                gregory.kennedy@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: John Craft, Assistant Federal Public Defender.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

                                s/ Gregory M. Kennedy
                                GREGORY M. KENNEDY
                                Assistant United States Attorney