UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-213 |
| v. | * | SECTION: "A" |
| KEVIN ROBERTSON | * | |

\* \* \*

**O R D E R**

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that the defendant, **KEVIN ROBERTSON**, be brought before this Court, that a copy of this Rule be served upon him, and that he show cause, if any he can, on the _____ **day of** _____**, 2007 at** _____ \_\_\_**.m.**, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C-467, New Orleans, Louisiana, why the supervised release granted to him on April 2, 2004, should not be revoked.

New Orleans, Louisiana, this _____ day of December, 2006.

_____
**UNITED STATES DISTRICT COURT**