MINUTE ENTRY
MOORE, M.J.
DECEMBER 20, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-213 |
| KEVIN ROBERTSON | SECTION: A |

   A hearing to determine counsel was held this date before Magistrate Judge Louis Moore, Jr.

   PRESENT:   Brian Capitelli for Greg Kennedy, Asst. U.S. Attorney
                       Kevin Robertson, Defendant

The defendant was sworn and questioned by the Court regarding the financial affidavit. **IT IS ORDERED** that the Federal Public Defender is appointed to represent the defendant.

The defendant was remanded to the custody of the U.S. Marshal.

                                              LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

MJ STAR :10

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
DEFENDANT