UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-213 |
| VERSUS | SECTION "A" |
| KEVIN ROBERTSON | VIOLATION: Supervised Release |

NOTICE OF Rule to Revoke Supervised Release

Take notice that this criminal proceeding has been set for **January 9, 2007 at 2:00 p.m.**, before Judge Jay C. Zainey, Ctrm C467, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

LORETTA G. WHYTE, CLERK
Date:  December 29, 2006                                                   by: James Crull, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ KEVIN ROBERTSON
   c/o USM

✓ FPD - John Craft

✓ AUSA:  Gregory Kennedy (e-mail)

✓ U.S. Probation Officer (e-mail)

✓ U.S. Pretrial Services (e-mail)

✓ U.S. Marshal (e-mail)

✓ JUDGE  (e-mail)

   MAGISTRATE (e-mail)

**If you change address,
notify clerk of court
by phone, (504) 589-7688**