MINUTE ENTRY
ZAINEY, J.
January 9, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-213 |
| KEVIN ROBERTSON | SECTION: "A" |

RULE TO REVOKE SUPERVISED RELEASE

COURT REPORTER: Jodi Simcox
COURTROOM DEPUTY: James Crull
JUDICIAL ASSISTANT: Pamela Angelette

PRESENT:   Gregory Kennedy, Counsel for the government
           C. Gary Wainwright, Counsel for defendant, retained
           Marc Johnson, U. S. Probation
           KEVIN ROBERTSON, Defendant

John Craft, Assistant Public Defender, orally moved for withdrawal.  So Ordered.
The defendant's term of  supervision was revoked.
See Judgment.
The defendant was remanded to the custody of the U. S. Marshal.
Court adjourned 2:38 p.m.

JS-10: 0:08