AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| KEVIN ROBERTSON | Case Number: 00-213 A |
| | USM Number: 27184-034 |
| | Gary Wainwright |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) of the term of supervision.

☐ was found in violation of condition(s) count(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation |
|---|---|
| Mandatory condition | Convicted felon in possession of a weapon in case CR 05-94 N, USDC, EDLA. |

*[FILED 2007 JAN 11 PM 12:07 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LA]*

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-3030

Defendant's Date of Birth:

Defendant's Residence Address:

January 9, 2007
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Jay C. Zainey, United States District Judge
Name and Title of Judge

1/9/07
Date

Court Reporter: Jodi Simcox
Asst. U. S. Attorney: Gregory Kennedy
U. S. Probation Officer: Marc Johnson

**CERTIFIED AS A TRUE COPY**
ON THIS DATE _____
BY: _____ Deputy Clerk

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
        Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:         Kevin Robertson
CASE NUMBER:       00-213 A    Eastern District of Louisiana
USM NUMBER:        27184-034

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months, to run consecutive to the sentence in USDC EDLA criminal action 05-94 "N".

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL